**Opinion issued July 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00150-CV**

———————————

**IN RE KEVIN HROMAS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Kevin Hromas has filed a petition for writ of mandamus requesting this Court to vacate the trial court's January 4, 2024 "Order Granting Plaintiff's Motion to Disqualify Defendant's Appraiser Kevin Hromas.".[1]

---

[1] The underlying case is *McPike v. Homeowners of America Insurance Company*, cause number 2021-70308, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.